## JOHN G. MONTGOMERY AND WIFE v. JOHN CULTON.

Where a question of fact, has been fairly submitted to a jury, on conflicting evidence, this court will not disturb a judgment rendered in accordance with the verdict, although the evidence would, perhaps, have warranted a verdict on either side.

In such case, this court cannot say, that the credibility and weight of the testimony have not been properly determined by the jury.

ERROR from Colorado. Tried below before the Hon. James H. Bell. The facts sufficiently appear from the opinion.

*Jones*, for the plaintiffs in error.

*John H. Robson*, for the defendant in error.

ROBERTS, J.—The questions of law were settled in this case when here before. (18 Texas Rep. 736.) The point upon which it was remanded was one of fact, contained in the plea setting up fraud in the allowance of the account by the executor. This was fairly submitted to the jury by the court below, and under

conflicting evidence, they found a verdict for defendant in error, who was plaintiff below. The evidence would, perhaps, have been sufficient to have warranted a verdict on either side. We cannot say that the credibility and weight of the testimony have not been properly determined by them.

Judgment affirmed.